IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ZAMOS, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 16-5038 |
| MCNEIL-PPC, INC. a division of JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 5th day of January, 2017, upon consideration of Defendants, Johnson and Johnson Consumer Inc. and McNeil-PPC, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 4), Plaintiff, David Zamos' ("Plaintiff") Response in Opposition thereto, and Defendants' Reply, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE